IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

COHEN-SUMMIT, LLLP, a Georgia
limited liability partnership,

    Plaintiff,

v.                                               CASE NO. 5:16-cv-71-RH-GRJ

LORENZO PEARSON and his wife,
CLARISSA PEARSON, and TAYLOR
PEARSON,

    Defendants.

_____/

## ORDER CLOSING THE FILE

The parties have filed a Joint Notice of Voluntary Dismissal. ECF No. 12. The parties stipulate and agree that the claims brought in this action against each other are dismissed and that all parties are to bear their own attorneys' fees and costs. The notice is effective without an order from the Court. *See Fed. R. Civ. P.* 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz,* 677 F. 3d 1272 (11th Cir. 2002).

Accordingly, upon due consideration, the Clerk is directed to close

the file and terminate all pending motions.

**DONE AND ORDERED** this 13th day of June 2016.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge